IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 58

| | |
|---|---|
| **JEWELL RAMOS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **AAA OF THE CAROLINAS (aka** ) | |
| **CAROLINA MOTOR CLUB, INC.,** ) | |
| ) | |
| Defendant, ) | |

**THIS MATTER** has come before the undersigned upon the Court's own motion. The Court is advised, from the pleadings filed by the Plaintiff, acting pro se, that her counsel of record, Elizabeth Murray-Obertein, has closed her office and cannot be contacted by the Plaintiff. As a result, the undersigned will direct that Ms. Murray-Obertein shall, on or before May 12, 2017, file with this Court a notice of whether or not she is going to continue to represent the Plaintiff in this matter and, if not, shall file a motion to withdraw setting forth adequate grounds for her to be granted permission to withdraw as counsel for Plaintiff in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Ms. Murray-Obertein shall, on or before **May 12, 2017**, file with this Court a notice of whether or not she is going to continue to represent the Plaintiff in this matter and, if not, shall file a motion to

1

withdraw setting forth adequate grounds for her to be granted permission to withdraw as counsel for Plaintiff in this matter.

Signed: May 3, 2017

Dennis L. Howell
United States Magistrate Judge